UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TERRA BELLA IRRIGATION DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00112-JLT-EPG<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS FRIANT WATER AUTHORITY AND JASON PHILLIPS TO FILE REPLY BRIEF ON MOTION TO DISMISS UNDER FRCP 12(b)(6)**<br><br>(ECF No. 36) |

Based on the Stipulation filed by Plaintiffs TERRA BELLA IRRIGATION DISTRICT, SAUCELITO IRRIGATION DISTRICT, and PORTERVILLE IRRIGATION DISTRICT ("collectively, "Plaintiffs"), and Defendants FRIANT WATER AUTHORITY and JASON PHILLIPS (collectively, the "Friant Defendants"), the Court HEREBY ORDERS as follows:

The deadline for the Friant Defendants to file a reply to Plaintiffs' opposition to the Friant Defendants' motion to dismiss the FAC [Docs. 28, 31] is hereby extended seven days, to June 19, 2025.

IT IS SO ORDERED.

Dated: **June 10, 2025**       /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

1